# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| KEVIN MATTHEWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:14-2189 |
| ) | Judge Trauger |
| TITLEMAX OF TENNESSEE, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

There has been no response by the plaintiff to this court's Order of June 25, 2015. It is therefore **ORDERED** that this case is **DISMISSED** for failure to prosecute. This Order constitutes the judgment in this case..

It is so **ORDERED**.

ENTER this 29th day of July, 2015.

_____
ALETA A. TRAUGER
U.S. District Judge